NO. 07-11-0304-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 22, 2011
 ______________________________

 In the Interest of R.J.N., a Child
 ______________________________
 
 FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

 NO. 74,146-2; HON. PAMELA COOK SIRMON, PRESIDING
 _______________________________
 
 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Robert Salazar, Jr. has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 Per Curiam